## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JUDICIAL WATCH, INC., | ) | |
| 425 Third Street S.W., Suite 800 | ) | |
| Washington, DC 20024, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, | ) | |
| 950 Pennsylvania Avenue, N.W. | ) | |
| Washington, DC 20530-0001, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## COMPLAINT

Plaintiff Judicial Watch, Inc. brings this action against Defendant U.S. Department of Justice to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552.  As grounds therefor, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1.      The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1331.

2.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

3.       Plaintiff Judicial Watch, Inc. is a not-for-profit, educational organization incorporated under the laws of the District of Columbia and headquartered at 425 Third Street S.W., Suite 800, Washington, DC 20024.  Plaintiff seeks to promote transparency, accountability, and integrity in government and fidelity to the rule of law.  As part of its mission, Plaintiff regularly requests records from federal agencies pursuant to FOIA.  Plaintiff analyzes

the responses and disseminates its findings and the requested records to the American public to

inform them about "what their government is up to."

4.      Defendant U.S. Department of Justice is an agency of the United States

Government and is headquartered at 950 Pennsylvania Avenue, N.W., Washington, DC 20530-

0001.  Defendant has possession, custody, and control of records to which Plaintiff seeks access.

**STATEMENT OF FACTS**

5.      On February 28, 2025, Plaintiff submitted a FOIA request to the Federal Bureau

of Investigations (FBI), a component of Defendant, seeking access to:

> All records, including emails, email chains, email attachments, text messages,
> team chats, video or audio recordings, photographs, outlook calendars, meeting
> minutes, correspondence, statements, letters, memoranda, reports, briefings,
> presentations, notes, summaries, assessments, requests for assistance, referrals
> or other form of record, regarding:
>
> (1) Former FBI Director James Comey or his designated representative
> initiating or recommending an assessment, inquiry, preliminary investigation,
> full investigation into then Presidential candidate Donald J. Trump.
>
> (2) Any FBI persons assigned to conduct an assessment, inquiry, preliminary
> investigation, full investigation into then Presidential candidate Donald J.
> Trump.
>
> The request identified the time frame as June 1, 2015, to July 1, 2016.

6.      By letter dated March 5, 2025, the FBI acknowledged receiving Plaintiff's request

and assigned it FOIA tracking number, No. 1661108-000.

7.      Plaintiff has received no further communication from the FBI.

8.      As of the date of this Complaint, the FBI, a component of Defendant, has failed to

(i) produce the requested records or demonstrate that the requested records are lawfully exempt

from production; (ii) notify Plaintiff of the scope of any responsive records it intends to produce

or withhold and the reasons for any withholdings; or (iii) inform Plaintiff that it may appeal any adequately specific, adverse determination.

### COUNT I
**(Violation of FOIA, 5 U.S.C. § 552)**

9.    Plaintiff realleges paragraphs 1 through 8 as if fully stated herein.

10.    Defendant is in violation of FOIA.

11.    Plaintiff is being irreparably harmed by Defendant's violation of FOIA, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to comply with it.

12.    To trigger FOIA's administrative exhaustion requirement, Defendant was required to make a final determination on Plaintiff's request by April 2, 2025, at the latest. Because Defendant failed to make a final determination within the time limits set by FOIA, Plaintiff is deemed to have exhausted its administrative appeal remedies.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendant to conduct searches for any and all records responsive to Plaintiff's FOIA request and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA request; (2) order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA request and *Vaughn* indices of any responsive records withheld under claim of exemption; (3) enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA request; (4) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated:  May 9, 2025                                    Respectfully submitted,

                                                       */s/  Christina Bobb*

Christina Bobb
DC Bar No. 90021326
JUDICIAL WATCH, INC.
425 Third Street SW, Suite 800
Washington, DC 20024
Phone: (202) 646-5172
Email: cbobb@judicialwatch.org

*Counsel for Plaintiff*