UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC.,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>Defendant. | Civil Action No. 25-1413 (JMC) |

**JOINT STATUS REPORT**

   Pursuant to the Court's July 15, 2025, Minute Order, the Parties conferred and respectfully submit the following joint status report on this Freedom of Information Act ("FOIA") case:

   1. On February 28, 2025, Plaintiff submitted a FOIA request to the Federal Bureau of Investigations ("FBI"), a component of Defendant Department of Justice, seeking records pertaining to former FBI Director James Comey and other FBI persons assigned to conduct an "assessment, inquiry, preliminary investigation, full investigation into then Presidential candidate Donald J. Trump." ECF No. 1 at 2. FBI has initiated a search for documents which is ongoing. FBI will provide Plaintiff an update shortly after the search is complete.

   2. The parties jointly propose that the parties be ordered to file a further Joint Status Report on or before October 27, 2025, and every ninety days after, with an update on FBI's response to Plaintiff's request.

Dated: July 29, 2025     Respectfully submitted,

| | |
|---|---|
| */s/ Christina Bobb*<br>CHRISTINA BOBB<br>D.C. Bar #90021326<br>Judicial Watch, Inc.<br>425 Third Street SW, Suite 800<br>Washington, DC 20024 | JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By: */s/ Kaitlin K. Eckrote*<br>  KAITLIN K. ECKROTE<br>  D.C. Bar #1670899 |

(202) 646-5172                          Assistant United States Attorney
                                        601 D Street NW
*Counsel for Plaintiff*                 Washington, D.C. 20530
                                        (202) 252-2485

                                        *Attorneys for the United States of America*